# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| A. JOHN LUCAS; GEORGE M. TAYLOR, III; and THE THOMAS M. ACHESON REVOCABLE TRUST, | } } } } } |
| Plaintiffs, | } } |
| v. | }  Case No.: 2:14-cv-0856-MHH } |
| DAVID J. ACHESON and SHEREE N. ACHESON, | } } } |
| Defendants. | } |

## ORDER

The parties have filed a joint Stipulation of Dismissal with prejudice.  (Doc. 114).  The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this February 13, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE